UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FRANCES DENNEY, ARTHUR TERHUNE, and MCKENZIE NEWBY<br><br>Plaintiffs,<br><br>v.<br><br>AMPHENOL CORP., BORGWARNER, INC., BORGWARNER PDS (PERU), INC. f/k/a FRANKLIN POWER PRODUCTS, INC., 400 FORSYTHE, LLC, and HONEYWELL INTERNATIONAL INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:19-cv-04757-TWP-MKK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SETTLEMENT

Pursuant to S.D. Ind. L.R. 7-1(h), Plaintiffs, by counsel, and Defendants Amphenol Corporation and Honeywell International Inc., by counsel, respectfully notify the Court that Plaintiffs, on the one hand, and Amphenol and Honeywell, on the other, have agreed in principle to settle the above-captioned matter. Counsel for Plaintiffs, Amphenol and Honeywell are preparing and finalizing a settlement agreement and intend to file a stipulation of dismissal pursuant to Fed. R. Civ. P. 41 within the next forty-five (45) days.

Respectfully submitted,

| | |
|---|---|
| s/ Jonathan B. Nace | s/ Paul A. Wolfla |
| NIDEL & NACE, PLLC | Paul A. Wolfla |
| Christopher T. Nidel (admitted pro hac vice) | H. Max Kelln |
| Jonathan B. Nace (admitted pro hac vice) | Kip S.M. McDonald |
| One Church Street, Suite 802 | Matthew R. Elliott |
| Rockville, MD 20850 | Emanuel L. McMiller |
| chris@nidellaw.com | Faegre Drinker Biddle & Reath LLP |
| jon@nidellaw.com | 300 N Meridian Street, Suite 2500 |
| Tel: (202) 780-5153 | Indianapolis, IN 46204 |
| | Tel: (317) 237-0300 |
| *Counsel for Plaintiffs* | paul.wolfla@faegredrinker.com |
| | h.max.kelln@faegredrinker.com |
| | matthew.elliott@faegredrinker.com |
| | kip.mcdonald@faegredrinker.com |
| | manny.mcmiller@faegredrinker.com |

Delmar R. Ehrich (admitted *pro hac vice*)
Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, Minnesota 55402
Tel: (612) 766-7000
delmar.ehrich@faegredrinker.com
*Pro hac vice admission*

*Counsel for Amphenol Corporation*

s/ Lisa Rushton
Lisa Rushton (admitted *pro hac vice*)
WOMBLE BOND DICKINSON (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, North Carolina 27601
Tel. (919) 755-2164
Lisa.rushton@wbd-us.com

Matthew F. Tilley (admitted *pro hac vice*)
WOMBLE BOND DICKINSON (US) LLP
One Wells Fargo Center, Suite 3500
301 South College Street
Charlotte, North Carolina 28202
Tel. (704) 350-6361
Matthew.tilley@wbd-us.com

*Counsel for Honeywell International, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the attorneys of record by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

*s/ Paul A. Wolfla*