UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FRANCES DENNEY, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:19-cv-04757-TWP |
| AMPHENOL CORP., et al., | ) |
| Defendants. | ) |

**BORGWARNER'S NOTICE OF SETTLEMENT AND**
**REQUEST TO VACATE SETTLEMENT CONFERENCE**

Defendants BorgWarner Inc. and BorgWarner PDS (Peru) Inc. f/k/a Franklin Power Products, Inc. (collectively, "BorgWarner"), notify the Court that Plaintiffs and BorgWarner have reached a settlement in this matter. Plaintiffs have settled all remaining claims with Defendants, and BorgWarner requests the settlement conference scheduled for July 9, 2024 be vacated.

Respectfully submitted,

Date: July 9, 2024　　　　　　　　　　**LEWIS KAPPES, P.C.**

*/s/ James E. Zoccola*
James E. Zoccola, Atty. No. 15885-29
Richard S. VanRheenen, Atty. No. 2165-49
Tabitha L. Balzer, Atty. No. 29350-53
Thomas Ryan Jones, Atty. No. 36860-49
One American Square, Suite 2500
Indianapolis, Indiana 46282
Tel: (317) 639-1210
Fax: (317) 639-4882
Email: jzoccola@lewis-kappes.com
Email: rvanrheenen@lewis-kappes.com
Email: tbalzer@lewis-kappes.com
Email: tjones@lewis-kappes.com

*Attorneys for Defendants BorgWarner Inc. and BorgWarner PDS (Peru) Inc., f/k/a Franklin Power Products, Inc.*

## CERTIFICATE OF SERVICE

 I hereby certify that on July 8, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

*/s/ James E. Zoccola*