AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| Frances Denney, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:19-cv-04757-TWP-MKK |
| Amphenol Corporation, et al. ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** Plaintiffs Frances Denney, Arthur Terhune, and McKenzie Newby's claims against Defendants Amphenol Corporation, Honeywell International Inc., BorgWarner PDS (Peru), Inc., BorgWarner, Inc., and 400 Forsythe, LLC are dismissed with prejudice pursuant to Fed. R. 41(a)(2). Crossclaim Plaintiff BorgWarner PDS (Peru), Inc.'s crossclaim against Crossclaim Defendant Amphenol Corporation is dismissed with prejudice pursuant to Fed. R. 12(c). Defendant Amphenol Corporation shall recover its costs relating to litigating the crossclaim against BorgWarner PDS (Peru), Inc.

This action was *(check one)*:

☐ **tried by a jury with Judge** _____ presiding, and the jury has rendered a verdict.

☐ **tried by Judge** _____ without a jury and the above decision was reached.

☑ **decided by Judge** Tanya Walton Pratt on a motion for Judgment on the Pleadings (Dkt. 254) and Motion to Convert the Dismissal of BorgWarner's Crossclaim for Indemnification from Without Prejudice to With Prejudice (Dkt. 463).

Date: 11/12/2024

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution to all electronically registered counsel of record via CM/ECF